JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAZIRA BONILLA, et al., | ) | Case No. EDCV 10-1083-OP |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| CITY OF RIVERSIDE, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED: February 22, 2012

HONORABLE OSWALD PARADA
United States Magistrate Judge