JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIRA BONILLA, et al., | Case No. EDCV 10-1083-OP |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF RIVERSIDE, et al., | |
| Defendants. | |

IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED: February 22, 2012

HONORABLE OSWALD PARADA
United States Magistrate Judge